IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM GARRY and SHARON GARRY   *

                Plaintiffs       *

            vs.                  *    CIVIL ACTION NO. MJG-13-3053

VIKING RIVER CRUSIES, INC.       *

                Defendant        *

*       *       *       *       *       *       *       *       *

ORDER OF DISMISSAL

    Due to the failure of Plaintiff to comply with the Court's
Order of October 17, 2013, this case is hereby dismissed without
prejudice, the parties to bear their own respective costs.


    SO ORDERED, this Monday, November 18, 2013.


                              _____/s/_____
                                  Marvin J. Garbis
                            United States District Judge